UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 APR -2 A 10: 02

U.S. DISTRICT COURT
HARTFORD, CT.

ALEC SHARP, et al.,
    Plaintiffs,

v.    CASE NO. 3:02 CV 1572 (CFD)

PRICEWATERHOUSE COOPERS, LLP
    Defendant.

### ORDER

In the interest of justice, the above-captioned case is hereby transferred to the Honorable Janet Bond Arterton, United States Judge, who sits in New Haven, Connecticut. All further pleadings or documents in this matter should be filed with the Clerk's Office in New Haven, Connecticut and bear the docket number 3:02CV1572( JBA ). Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 7(a).

It is **SO ORDERED**.

Dated at Hartford, Connecticut, this 1st day of April, 2004.

_____
Christopher F. Droney
United States District Judge