UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED,<br>    Plaintiff,<br>VS.<br>PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP,<br>    Defendants.<br>_____ | :<br>:<br>:<br>:<br>:  CIVIL ACTION NO.<br>:  3:02 CV 1379 (CFD)<br>:<br>:<br>: |
| ALEC SHARP, et al.,<br>    Plaintiffs,<br>VS.<br>PRICEWATERHOUSE COOPERS LLP d/b/a PRICE WATERHOUSE LLP<br>    Defendant.<br>_____ | :<br>:<br>:<br>:  CIVIL ACTION NO.<br>:  3:02 CV1572 (CFD)<br>:<br>:<br>: |
| HANDY & HARMAN REFINING GROUP, INC.,<br>    Plaintiff,<br>V.<br>PRICEWATERHOUSECOOPERS LLP,<br>    Defendant.<br>_____ | :<br>:<br>:<br>:  CIVIL ACTION NO.<br>:  3:02 CV 1803 (CFD)<br>:<br>:<br>: |
| IN RE:<br><br>HANDY & HARMAN REFINING GROUP, INC.,<br>    Debtor.<br><br>HANDY & HARMAN REFINING GROUP, INC., ET AL.,<br>    Plaintiffs,<br>VS.<br><br>THE CHUBB CORPORATION, ET AL.,<br>    Defendants.<br>_____ | :<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION NO.<br>:  3:03 CV 1243 (CFD)<br>:<br>:<br>:<br>:  APRIL 13, 2004<br>:<br>:<br>: |

**ALL CASES**

**APPEARANCE**

TO THE CLERK OF THE U.S. DISTRICT COURT:

      Please enter the Appearance of Kathleen D. Warner as counsel for the defendants PricewaterhouseCoopers LLP and Coopers & Lybrand LLP in each of these consolidated cases (<u>Golden West Refining Corp. Ltd. v. PricewaterhouseCoopers LLP, and Coopers & Lybrand LLP.</u>, Civ. Action No. 3:02CV1379 (CFD); <u>Alec Sharp, et al. v. PricewaterhouseCoopers LLP d/b/a Pricewaterhouse LLP</u>, Civ. Action No. 3:02CV1572 (CFD); <u>Handy & Harman Refining Group, Inc. v. PricewaterhouseCoopers LLP</u>, Civ. Action No. 3:02CV1803 (CFD) and <u>Handy & Harman Refining Group, Inc. v. The Chubb Corporation, et al</u>, Civ. Action No. 3:03CV1243 (CFD)).

                                         DEFENDANT, PRICEWATERHOUSECOOPERS LLP

                                         By _____
                                              Kathleen D. Warner (ct23973)
                                              E-mail: kdwarner@dbh.com
                                              Day, Berry & Howard LLP
                                              One Canterbury Green
                                              Stamford, Connecticut 06901
                                              (203) 977-7300
                                              (203) 977-7301 (fax)

# CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, via first-class mail, to each of the following counsel of record in each of the consolidated cases:

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
120 N. LaSalle Street
Chicago, IL 60602

William H. Champlin III, Esq.
William S. Fish, Jr., Esq.
Tyler, Cooper & Alcorn
CityPlace – 35th Floor
Hartford, CT 06103

Joseph J. Koltun, Esq.
Philip H. Kalban, Esq.
Fischbein-Badillo-Wagner-Harding
909 Third Avenue
New York, NY 10022

U.S. Bankruptcy Court
Office of the Clerk
450 Main Street
Hartford, CT 06103

Steven R. Humphrey, Esq.
Dina S. Fisher, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
3 Gannett Drive
White Plains, NY 10604-3407

Charles T. Lee, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901

James McCullough, Esq.
Joseph A. Oliva, Esq.
Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, NY 10004-2400

_____
Kathleen D. Warner