UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHARP, ET AL                    :

v.                              : NO. 3:02cv1572 (JBA)

PRICEWATERHOUSE COOPERS         :

FILED
APR 16  2 36 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### ORDER OF TRANSFER

In the interest of justice, this matter is transferred to the Hon. Janet C. Hall, U.S.D.J., U.S.D.C., Bridgeport, for all purposes including trial.

All future pleadings shall be filed in the Clerk's Office in Bridgeport bearing the initials "JCH".

Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See D. Conn. L. Civ. R. 7(a).

IT IS SO ORDERED.

Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut: April 15, 2004