UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEC SHARP, ET AL., | : | CIVIL ACTION NO. |
| | : | |
| Plaintiffs, | : | 3:02CV1572 (JBA) |
| VS. | : | |
| | : | |
| PRICEWATERHOUSECOOPERS LLP d/b/a | : | |
| PRICEWATERHOUSE LLP | : | |
| | : | |
| Defendant. | : | APRIL 15, 2004 |

## APPEARANCE

TO THE CLERK OF THE U.S. DISTRICT COURT:

Please enter the Appearance of William H. Erickson as counsel for the defendant PricewaterhouseCoopers LLP in the above action.

DEFENDANT, PRICEWATERHOUSECOOPERS LLP


By _____
William H. Erickson (ct18117)
E-mail:  wherickson@dbh.com
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103
Telephone:  (860) 275-0100
Fax:  (860) 275-0343
Its Attorneys

## CERTIFICATION

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, via first-class mail, to each of the following counsel of record:

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
120 N. LaSalle Street
Chicago, IL  60602

William H. Champlin III, Esq.
William S. Fish, Jr., Esq.
Tyler, Cooper & Alcorn
CityPlace – 35th Floor
Hartford, CT 06103

Joseph J. Koltun, Esq.
Philip H. Kalban, Esq.
Fischbein-Badillo-Wagner-Harding
909 Third Avenue
New York, NY 10022

Steven R. Humphrey, Esq.
Dina S. Fisher, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
3 Gannett Drive
White Plains, NY  10604-3407

Charles T. Lee, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901

James McCullough, Esq.
Joseph A. Oliva, Esq.
Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, NY 10004-2400

_____
William H. Erickson