**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

**KEVIN F. ROWE**
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**LORI INFERRERA**
DEPUTY-IN-CHARGE
NEW HAVEN

April 19, 2004

3:02CV1572 (RNC) SHARP, ET AL V PRICEWATERHOUSE COOPERS

NOTICE TO COUNSEL

THE NOTICE TO TRANSFER THIS CASE TO THE DOCKET OF JUDGE JANET C. HALL IS VACATED. INSTEAD, THIS CASE IS TRANSFERRED TO THE DOCKET OF JUDGE ROBERT N. CHATIGNY, WHO SITS IN HARTFORD. COUNSEL SHOULD FILE ALL FUTURE FILINGS WITH THE OFFICE OF THE CLERK, 450 MAIN STREET, HARTFORD, CT 06103. THE INITIALS RNC SHOULD APPEAR AFTER THE CASE NUMBER.

BY ORDER OF THE COURT

KEVIN F. ROWE, CLERK