UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEC SHARP, ET AL., | : |
| Plaintiffs, | : |
| v. | : CASE NO. 3:02CV1572(RNC) |
| PRICEWATERHOUSE, | : |
| Defendant. | : |

ORDER

In the interest of justice, the above identified case is hereby transferred to <u>Judge Mark R. Kravitz</u>. All further pleadings or documents in this matter should be filed with the Clerk's Office in <u>New Haven</u> and bear the docket number <u>3:02CV1572(MRK)</u>. Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 3(a)]

Dated at Hartford, Connecticut this      day of April 2004.

/s/RNC<br>
Robert N. Chatigny<br>
United States District Judge