UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN WEST REFINING CORP., LTD.,<br>Plaintiff,<br>v.<br>PRICEWATERHOUSECOOPERS, LLP, And COOPERS & LYBRAND, LLP,<br>Defendants. | No.: 3:02CV1379(CFD) |
| ALEC SHARP, et al.,<br>Plaintiffs,<br>v.<br>PRICEWATERHOUSECOOPERS, LLP, d/b/a PRICE WATERHOUSE, LLP,<br>Defendant. | No. 3:02CV1572 (CFD) |

**ALEC SHARP ET AL.'S MOTION TO DISMISS THE COUNTERCLAIMS OF PRICEWATERHOUSECOOPERS**

NOW COMES Plaintiff Alec Sharp, et al. ("Underwriters"), by its undersigned counsel, and pursuant to F.R.Civ.P. Rule 12(b)(6) moves this Court to dismiss the counterclaims filed by Defendant PricewaterhouseCoopers LLP. In support of this motion, Underwriters files contemporaneously herewith a memorandum of law.

WHEREFORE, for the reasons set forth in Underwriters' memorandum of law, Underwriters respectfully requests that this Court grant its motion, that it dismiss the

counterclaims brought against it by Defendant, and that it grant Underwriters and such other and further relief that this Court deems just and equitable.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: ______________________

Fred Knopf (Ct-09427)
3 Gannett Drive
White Plains, New York 10604-3407
Phone (914) 323-7000, Ext. 4217
Facsimile (914) 323-7001
Knopff@wemed.com

One Stamford Plaza
263 Tresser Boulevard
9th Floor, Stamford, CT 06901
Tel: (203) 564-1900

Edward J. Boyle, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
150 E. 42nd Street
New York, NY 10017
Phone: 212-490-3000
Fax: 212-490-3038

Daniel J. McMahon, Esq.
Stefan R. Dandelles, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
120 N. LaSalle Street
26th Floor
Chicago, IL 60602
Phone: 312-704-0550
Fax: 312-704-1522

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on June 21, 2004 postage prepaid to all counsel of record as follows:

David Elliott, Esq.
William H. Erickson, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103

William Champlin, III, Esq.
William S. Fish, Jr., Esq.
Tyler, Cooper & Alcorn
CityPlace –35th Floor
Hartford, CT 06103

Steven Humphrey, Esq.
Dina Fisher, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

Fred N. Knopf, Esq.

729864.1