ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEC SHARP, individually and as representative of CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, CHUBB INSURANCE COMPANY OF EUROPE, RELIANCE NATIONAL INSURANCE COMPANY (EUROPE) LIMITED, NEW HAMPSHIRE INSURANCE COMPANY PER AIG EUROPE (UK) LIMITED, LIBERTY MUTUAL INSURANCE COMPANY (UK LIMITED), SCOR UK LIMITED, SOREMA UK LIMITED PER SPECIALIST UNDERWRITERS LIMITED (TRENWICK), EAGLE STAR RE (ERC FRANKONA), ZURICH INSURANCE COMPANY, SWISS RE INTERNATIONAL, ROYAL SUN ALLIANCE PLC, all subscribing to Policy No. 834/FB9700166, as assignees and subrogees of HANDY & HARMAN REFINING GROUP, INC., | CIVIL ACTION NO. 3:02CV1572 (CFD) /M RK |
| Plaintiffs, | |
| v. | |
| PRICEWATERHOUSECOOPERS LLP d/b/a PRICE WATERHOUSE LLP, | September 13, 2002 |
| Defendant. | |

**AFFIRMATION OF FRED KNOPF, IN SUPPORT OF DANIEL E. TRANEN'S ADMISSION PRO HAC VICE**

FRED KNOPF, a member of the bar of the United States District Court for the District of Connecticut, affirms the truth of the following, upon information and belief, with knowledge of the penalties of perjury:

1.   I am a member of the firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, attorneys for plaintiffs Alec Sharp, et al. (collectively, "Underwriters"). As such, I am fully familiar with this action by virtue of my involvement from the inception of this action.

228750.1

2. This Affirmation is submitted in support of the plaintiffs Underwriters' motion to have Daniel E. Tranen, Esquire, admitted as co-counsel with your affirmant, Pro Hac Vice, with respect to the above action.

3. This litigation seeks recovery for damages sustained by the Underwriters as a result of the conduct of the defendants.

4. With respect to the representation of Underwriters, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and more particularly Daniel E. Tranen, Esquire, has been acting as counsel, representing the interests of Underwriters. Furthermore, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and Daniel E. Tranen have represented Underwriters' interests in other matters over the last several years. During this time and by virtue of his relationship with Underwriters, Attorney Tranen has become singularly familiar with the business of Underwriters, and the issues that may arise during this litigation.

5. Underwriters respectfully request that this Court allow Daniel E. Tranen to be admitted Pro Hac Vice in the above action, so as to assist in the proper presentation of the claims at issue in the subject lawsuit.

6. Your affirmant is a member in good standing of the Bars of the State of New York and Connecticut, the United States District Court for the State of New York, in the Northern, Southern, Eastern, Western District, United States District Court for the State of Connecticut, United States Court of Appeals for the Second Circuit.

228750.1

7.  Your Affirmant is a colleague of Daniel E. Tranen, Esquire, and is familiar with his professional qualifications in the area of litigation. Your Affirmant knows Attorney Tranen to be a member in good standing of the Bar of the State of Illinois.

I respectfully request that this Court issue an Order allowing the admission of Daniel E. Tranen, Esquire to the United States District Court for the District of Connecticut, to practice with respect to the instant litigation on a Pro Hac Vice basis.

Dated: Hartford, Connecticut
September 13, 2004

                                        Respectfully Submitted,

                                        WILSON, ELSER, MOSKOWITZ,
                                        EDELMAN & DICKER LLP

By: _____
                                        FRED KNOPF
                                        (U.S. Court No. 09427)
                                        Attorneys for the Plaintiffs
                                        Alec Sharp, et al.
                                        3 Gannett Drive
                                        White Plains, New York 10604
                                        (914) 323-7000
                                            and
                                        263 Tresser Boulevard, 9th Floor
                                        Stamford, CT 06091

TO:    David J. Elliott
         Day, Berry & Howard LLP
         CityPlace I
         Hartford, Connecticut 06103

         Chief Clerk of the Court
         District Court of Connecticut
         450 Main Street
         Hartford, CT 06103

228750.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )SS :
COUNTY OF WESTCHESTER    )

    UNDINE MASSIAH, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York.

    On September 13, 2004, deponent served the within

(1) **MOTION FOR ADMISSION PRO HAC VICE**
(2) **APPLICATION TO ADMIT ATTORNEY DANIEL E. TRANEN TO APPEAR PRO HAC VICE ON BEHALF OF THOSE CERTAIN UNDERWRITERS SUBSCRIBING TO POLICY NO. 834/FB9700166, as assignees and subrogees of HANDY & HARMAN REFINING GROUP, INC.**
(3) **AFFIRMATION OF FRED N. KNOPF, IN SUPPORT OF DANIEL E. TRANEN'S ADMISSION PRO HAC VICE**
(4) **AFFIDAVIT OF DANIEL E. TRANEN IN SUPPORT OF HIS ADMISSION PRO HAC VICE.**

Upon:

    David J. Elliott
    Day, Berry & Howard LLP
    CityPlace 1
    Hartfird, Connecticut 06103

    Chief Clerk of the Court
    District Court of Connecticut
    450 Main Street
    Hartford, Connecticut 06103

by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                          UNDINE MASSIAH

Sworn to before me this
13th day September, 2004

Notary Public

ANGELA G. BELVEDERE
Notary Public, State of New York
No. 01BE5075112
Qualified in Westchester County
Commission Expires March 24, 2007

773581.1