ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEC SHARP, individually and as representative of CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, CHUBB INSURANCE COMPANY OF EUROPE, RELIANCE NATIONAL INSURANCE COMPANY (EUROPE) LIMITED, NEW HAMPSHIRE INSURANCE COMPANY PER AIG EUROPE (UK) LIMITED, LIBERTY MUTUAL INSURANCE COMPANY (UK LIMITED), SCOR UK LIMITED, SOREMA UK LIMITED PER SPECIALIST UNDERWRITERS LIMITED (TRENWICK), EAGLE STAR RE (ERC FRANKONA), ZURICH INSURANCE COMPANY, SWISS RE INTERNATIONAL, ROYAL SUN ALLIANCE PLC, all subscribing to Policy No. 834/FB9700166, as assignees and subrogees of HANDY & HARMAN REFINING GROUP, INC., <br><br>Plaintiffs, <br><br>v. <br><br>PRICEWATERHOUSECOOPERS LLP d/b/a PRICE WATERHOUSE LLP, <br><br>Defendant. | CIVIL ACTION NO. <br><br> 3:02CV1572 (CFD) m RK <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>September 9, 2004 |

### AFFIDAVIT OF DANIEL E. TRANNEN IN SUPPORT OF HIS ADMISSION PRO HAC VICE

I, DANIEL E. TRANEN, being duly sworn, says as follows:

1. I am a resident of the State of Illinois and am a practicing attorney and associated with the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 120 North LaSalle Street, Chicago, IL 60602.

2. I am a member in good standing of the Bar of the State of Illinois, the United State District Court for the Northern, Central, and Southern Districts of Illinois, United States

228750.1

District Court for the Western District of Michigan, Bar of the State of Missouri, United States District Court for the Eastern District of Missouri, Bar of the Sate of Georgia, United States District Court of the Northern and Middle Districts of Georgia, and the United States Court of Appeals for the Seventh Circuit.

3. No disciplinary proceedings or criminal charges have ever been instituted against me in the State of Illinois or any other state, and none are pending. I have never been disbarred or suspended from the practice of law.

4. Underwriters have requested that WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and myself in particular, assist in representing its interests in this matter.

5. As an associate of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, I have handled many of these types of cases in the past, and have developed an expertise in this area of litigation.

6. If the Court shall allow my Motion to Appear Pro Hac Vice in the above-captioned matter, I will represent my client in this proceeding until its final determination.

7. If the Court shall allow my Motion to Appear Pro Hac Vice in the above-captioned matter, with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the orders and amenable to disciplinary action and the civil jurisdiction of this Court and the Connecticut Bar in all respects, as if I were a regularly admitted and licensed member of the Bar of the State of Connecticut in good standing.

8. The State of Illinois grants the privilege of Pro Hac Vice admission to members of the Bar of Connecticut.

228750.1

9. In connection with this case, Fred Knopf is a member of Wilson, Elser, Moskowitz, Edelman & Dicker, is an attorney who is duly and legally admitted to the practice of law in the State of Connecticut and before this Court, and is assisting me in this matter. If this motion is, respectfully, granted, the undersigned hereby designates Attorney Knopf as an individual upon whom service may be had in all matters connected with the above-captioned case, with the same effect as if personally made on me within the State of Illinois.

10. I certify that all of the foregoing statements made by me are true, and I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:   Chicago, Illinois
         September 9, 2004

*[signature]*
DANIEL E. TRANEN, ESQ.

Sworn to and subscribed
before me this 9th day
of September, 2004.

*[signature]*
NOTARY PUBLIC

> Official Seal
> Sheri L. Lawrence
> Notary Public State of Illinois
> My Commission Expires 05/09/06

228750.1