# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

SHARP, ET AL.

v.

PRICEWATERHOUSE

**APPEARANCE**

FILED

2004 NOV -5  A 10: 31

CASE NUMBER:  02-cv-01572
U.S. DISTRICT COURT
HARTFORD, CT.

**To the Clerk of this court and all parties of record:**

**Enter my appearance as counsel in this case for:**   Plaintiffs, Alec Sharp, et al.

_November 4, 2004_
**Date**

ct26334
**Connecticut Federal Bar Number**

(312) 704-0550
**Telephone Number**

(312) 704-1522
**Fax Number**

TranenD@wemed.com
**E-mail address**

_(signature)_
**Signature**

Daniel E. Tranen
**Print Clearly or Type Name**

120 N. LaSalle St., 26th Floor
**Address**

Chicago, Illinois  60602

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached Service List.

_(signature)_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

## SERVICE LIST

David J. Elliot
Day Berry & Howard, LLP
CityPlace I
Hartford, Conneticut 06103-3499

William H. Champlin, III
Tyler Cooper & Alcorn
CityPlace –35th Floor
Hartford, Conneticut 06103-3488